UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH JOSEPH KINNEY, et al.,

    Plaintiffs,

v.

CITY OF LYNNWOOD, et al.,

    Defendants.

C17-159 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendants' unopposed motion for leave to amend answer, docket no. 9, is GRANTED. Defendants shall electronically file their amended answer within seven (7) days of the date of this Minute Order. The Court makes no ruling concerning the merits of defendants' revised and/or additional affirmative defenses.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 24th day of August, 2017.

    William M. McCool
    Clerk

    s/Karen Dews
    Deputy Clerk

MINUTE ORDER - 1