HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH JOSEPH KINNEY and RACHEL KINNEY, Husband and wife, and their marital community,

Plaintiffs,

v.

CITY OF LYNNWOOD, a non-charter, Municipal Code City, Officer CURTIS ZATYLNY and EMILY ZATYLNY, husband and wife, and Commander CHUCK STEICHEN and CARRI STEICHEN, husband and wife, and their marital community;

Defendants.

NO. 2:17-cv-00159-TSZ

STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF FOR DEPOSITION OF ERNEST BURWELL ONLY

**STIPULATION**

For good cause shown and with the judge's consent, the Court may modify the deadlines in the scheduling order. Fed. R. Civ. P. 16(b)(4); *see also* LCR 16(b)(5). The "good cause" standard primarily considers the diligence of the party seeking the amendment: the district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (citing

STIPULATION AND ORDER EXTENDING
DISCOVERY CUT-OFF FOR DEPOSITION OF
ERNEST BURWELL ONLY - (2:17-cv-00159TSZ) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Although the existence or degree of prejudice to the opposing party might supply additional considerations for a motion to modify, the focus remains on the moving party's reasons for seeking modification. *See also Johnson*, 975 F.2d at 609 (internal citation omitted).

On April 25, 2017, the Court issued its Minute Order Setting Trial Date and Related Dates, which established October 16, 2017 as the date for disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2. (Dkt. # 8 at 1.) The Court set December 7, 2017 as the date by which motions related to discovery must be filed. (*Id.*) It also set January 15, 2018 as the date by which discovery was to be completed. (*Id.*) Despite the diligence of the parties and due to the unavailability of a single expert witness, Ernest Burwell, there is a sole deposition to be taken in this case that has not been scheduled.

Counsel understands that Mr. Burwell is out of the country until approximately the final week of January. The parties have conferred and, without waiving any arguments regarding the admissibility of Mr. Burwell's opinions or the timing of his disclosure by plaintiffs, Seth Kinney and Rachel Kinney, the parties have identified February 1, 2018 as the date for Mr. Burwell's deposition. The parties do not need to adjust any other court deadlines, will not be prejudiced by the proposed scheduling amendment, and seek a single exception to the discovery deadline of January 15, 2018 based upon witness unavailability.

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that good cause exists to permit the following deposition in this case to be conducted according to the schedule outlined:

STIPULATION AND ORDER EXTENDING
DISCOVERY CUT-OFF FOR DEPOSITION OF
ERNEST BURWELL ONLY - (2:17-cv-00159TSZ) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| DISCOVERY MATTER | DATE OF COMPLETION |
|---|---|
| Deposition of Ernest Burwell (Taken by defendants) | February 1, 2018 |

RESPECTFULLY SUBMITTED this 12th day of January, 2018.

CHRISTIE LAW GROUP, PLLC

By  /s/ THOMAS P. MILLER
THOMAS P. MILLER, WSBA #34473
Attorney for City of Lynnwood Defendants
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: tom@christielawgroup.com

LAW OFFICES OF WILLIAM H. TAYLOR

By  /s/ JOSEF REIBEL
JOSEF T. REIBEL, WSBA #47311
Attorneys for Plaintiffs
PO BOX 898
Everett, WA 98206
Telephone: (425) 258-3553
Email: Josef@wtaylorlaw.com

**ORDER**

1    Based upon the foregoing Stipulation, the Court authorizes the parties to conduct the
deposition of Ernest Burwell on February 1, 2018.

DATED this 16th day of January, 2018.

*[signature]*

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER EXTENDING
DISCOVERY CUT-OFF FOR DEPOSITION OF
ERNEST BURWELL ONLY - (2:17-cv-00159TSZ) - 4

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669