HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH JOSEPH KINNEY and RACHEL KINNEY, Husband and wife, and their marital community, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LYNNWOOD, a non-charter, Municipal Code City, Officer CURTIS ZATYLNY and EMILY ZATYLNY, husband and wife, and Commander CHUCK STEICHEN and CARRI STEICHEN, husband and wife, and their marital community; <br><br> Defendants. | NO. 2:17-cv-00159-TSZ <br><br> STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS CHUCK STEICHEN AND CARRI STEICHEN AND DISMISSAL OF PLAINTIFF RACHEL KINNEY'S CLAIMS |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the undersigned parties, through their respective counsel of record, that all of plaintiffs' claims against defendants CHUCK STEICHEN and CARRI STEICHEN in the above-entitled matter may be voluntarily dismissed with prejudice and without cost to any party.

STIPULATION AND ORDER OF DISMISSAL OF
CHUCK STEICHEN AND CARRI STEICHEN AND
DISMISSAL OF RACHEL KINNEY'S CLAIMS
(2:17-cv-00159-TSZ) - 1

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

| | |
|---|---|
| 1 | FURTHER, all of plaintiff RACHEL KINNEY's claims against all defendants in the above-entitled matter may be voluntarily dismissed with prejudice and without cost to any party. |
| 2 | |
| 3 | IT IS SO STIPULATED THROUGH COUNSEL OF RECORD this ___ day of February, 2018. |

CHRISTIE LAW GROUP, PLLC

By     /s/ THOMAS P. MILLER
THOMAS P. MILLER, WSBA #34473
Attorney for Defendants
2100 Westlake Avenue N., Suite 206
Seattle, WA 98109
Telephone: (206) 957-9669
Fax: (206) 352-7875
Email: tom@christielawgroup.com

LAW OFFICES OF WILLIAM H. TAYLOR

By     /s/
JOSEF T. REIBEL, WSBA #47311
Attorney for Plaintiffs
PO BOX 898
Everett, WA 98206
Telephone: (425) 258-3553
Email: Josef@wtaylorlaw.com

STIPULATION AND ORDER OF DISMISSAL OF CHUCK STEICHEN AND CARRI STEICHEN AND DISMISSAL OF RACHEL KINNEY'S CLAIMS (2:17-cv-00159-TSZ) - 2

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669

# ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims against defendants CHUCK STEICHEN and CARRI STEICHEN are hereby dismissed with prejudice and without cost to any party.

FURTHER, all of plaintiff RACHEL KINNEY's claims against all defendants are hereby dismissed with prejudice and without cost to any party.

The case caption shall no longer include CHUCK STEICHEN, CARRI STEICHEN, and RACHEL KINNEY.

DATED this 12th day of February, 2018.

Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER OF DISMISSAL OF CHUCK STEICHEN AND CARRI STEICHEN AND DISMISSAL OF RACHEL KINNEY'S CLAIMS (2:17-cv-00159-TSZ) - 3

**CHRISTIE LAW GROUP, PLLC**
2100 WESTLAKE AVENUE N., SUITE 206
SEATTLE, WA 98109
206-957-9669