UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH JOSEPH KINNEY,

        Plaintiff,

v.

CITY OF LYNNWOOD,

        Defendant.

C17-159 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 28, to continue the trial date and related dates and deadlines is GRANTED as follows:

    (a) The trial date is CONTINUED from May 7, 2018, to **June 18, 2018**;

    (b) The pretrial conference is RESET to **June 8, 2018**, at 1:30 p.m.;

    (c) All motions in limine shall be filed by **May 17, 2018**, and noted for June 1, 2018; and

    (d) The agreed pretrial order, trial briefs, proposed voir dire questions, and proposed jury instructions shall be filed by **May 31, 2018**.

(2) The Minute Order Setting Trial Date and Related Dates, docket no. 8, is AMENDED as follows: Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate

MINUTE ORDER - 1

documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted, **by the Friday before trial**, in a three-ring binder with appropriately numbered tabs.  Arrangements for the delivery of trial exhibits shall be made by contacting Courtroom Deputy Clerk Gail Glass at (206) 370-8522.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of March, 2018.

William M. McCool  
Clerk

s/Karen Dews  
Deputy Clerk
