UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH JOSEPH KINNEY,

        Plaintiff,

  v.

CITY OF LYNNWOOD,

        Defendant.

C17-159 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's motion to extend the deadline to disclose David Musnick, M.D. as an expert, docket no. 31, is GRANTED. Dr. Musnick will be permitted to testify as an expert witness at trial. Within fourteen (14) days of the date of this Minute Order, defendant may depose Dr. Musnick at a mutually convenient time. The Court DECLINES defendant's request to award attorney's fees, and/or costs.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 4th day of May, 2018.

                        William M. McCool
                        Clerk

                        s/Karen Dews
                        Deputy Clerk

MINUTE ORDER - 1