UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH JOSEPH KINNEY,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF LYNNWOOD,<br><br>  Defendant. | C17-159 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff is DIRECTED to file a response to Defendant's motion for reconsideration, docket no. 41 (the "Motion"), if any, no later than Monday, May 28, 2018. The Court SETS a telephonic hearing on the Motion for Tuesday, May 29, 2018, at 11:00 a.m. Counsel shall initiate a conference call among themselves and then contact the Court at (206) 370-8830. The Court RENOTES the Motion to Tuesday, May 29, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2018.

William M. McCool<br>
Clerk<br><br>
s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 1